*E-Filed 5/25/11*

1 | Renée Welze Livingston (SBN 124280)
2 | Jason G. Gong (SBN 181298)
  | LIVINGSTON LAW FIRM
3 | A Professional Corporation
  | 1600 South Main Street, Suite 280
4 | Walnut Creek, CA  94596
  | Tel:  (925) 952-9880
5 | Fax: (925) 952-9881

6 | Attorneys for Defendant
  | PHILIP TRI NGUYEN, individually
7 | and dba MANGOSTEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | Case No. 3:10-CV-03747-RS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| MANGOSTEEN; CITI PROPERTIES DE LLC, a Delaware Limited Liability Company; and PHILIP TRI NGUYEN, an individual dba MANGOSTEEN, | Complaint Filed:  August 23, 2010<br>Trial Date:  None |
| Defendants. | |

Plaintiff CRAIG YATES ("plaintiff"), an individual, and defendant Philip Tri Nguyen, an individual dba MANGOSTEEN ("defendant"), by and through their respective counsel of record, hereby request and make the following stipulation:

1. Whereas, plaintiff, having not received a responsive pleading from defendant CITI PROPERTIES DE LLC, a Delaware limited liability company ("CITI PROPERTIES"), and having not received any communication in response to inquiries made by plaintiff's counsel to counsel for defendant CITI PROPERTIES concerning defendant's answer;

2. Whereas, plaintiff subsequently investigated and discovered that the ownership interest once held by defendant CITI PROPERTIES in 601 Larkin Street, San Francisco, CA 94109 (the property where the Mangosteen Restaurant is located) had been judicially foreclosed

1. by the San Francisco Superior Court in the matter of *WBCMT 2007-C31 Buchanan Street, Ltd. v. Ritz Apartments DE, LLC*, et al., (S.F. Superior Court Case No. CGC-09-488876) in favor of plaintiff WBCMT 2007-C31 Buchanan Street, Ltd.;

3. Whereas, the judicial foreclosure proceeding transferred title and ownership interest in the property located at 601 Larkin Street from defendant CITI PROPERTIES to WBCMT 2007-C31 Buchanan Street, Ltd.;

4. Whereas, plaintiff seeks to prosecute his action against the owner of the Mangosteen Restaurant and the owner of the property located at 601 Larkin Street;

5. Whereas, defendant Philip Tri Nguyen, an individual dba MANGOSTEEN, previously filed an answer to plaintiff's complaint on November 15, 2010;

**IT IS SO STIPULATED:**

That plaintiff may file a First Amended Complaint to name WBCMT 2007-C31 Buchanan Street, Ltd. as a defendant and that the answer previously filed by defendant Philip Tri Nguyen, an individual dba MANGOSTEEN, on November 15, 2010 may serve as defendant's answer to the First Amended Complaint.

Respectfully submitted,

Dated:  May 20, 2011        THOMAS E. FRANKOVICH,
                            *A PROFESSIONAL LAW CORPORATION*

                            */s/ Thomas E. Frankovich*

                            By: _____
                                Thomas E. Frankovich
                                Attorneys for Plaintiff CRAIG YATES, an
                                individual

Dated:  May 20, 2011        LIVINGSTON LAW FIRM

                            */s/ Jason G. Gong*

                            By: _____
                                Jason G. Gong
                                Attorneys for Defendant Philip Tri Nguyen,
                                an individual dba MANGOSTEEN

_____
*Yates v. Mangosteen, et al.*, Case No. 3:10-CV-03747-RS
Stipulation and [Proposed] Order for Leave to File First Amended Complaint

1

## ORDER

2  **IT IS HEREBY ORDERED** that plaintiff CRAIG YATES, an individual, may file a

3  First Amended Complaint in this matter and that the answer previously filed by defendant Philip

4  Tri Nguyen, an individual dba MANGOSTEEN, on November 15, 2010 may serve as

5  defendant's answer to the First Amended Complaint.

8  DATED: May __24__, 2011          _____
                                                                Honorable Richard Seeborg
9                                                               UNITED STATES DISTRICT JUDGE