**United States District Court**
For the Northern District of California

**\*E-Filed 8/24/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRAIG YATES,                                                  No. C 10-03747 RS

                    Plaintiffs,                        **STANDBY ORDER TO SHOW CAUSE**

          v.

MANGOSTEEN; WBCMT 2007-C31
BUCHANAN STREET, LTD, ET AL.,

                    Defendants.
_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **October 13, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 20, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  8/24/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE