THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>  Plaintiff,<br><br>v.<br><br><br>MANGOSTEEN; WBCMT 2007-C31 BUCHANAN STREET, LTD; and PHILIP TRI NGUYEN, an individual dba MANGOSTEEN,<br><br>  Defendants. | CASE NO.  CV-10-3747-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE PLAINTIFF'S LEAVE TO AMEND THE COMPLAINT |

Plaintiff CRAIG YATES, an individual, and Defendants WBCMT 2007-C31 BUCHANAN STREET, LTD; and PHILIP TRI NGUYEN, an individual dba MANGOSTEEN, by and through the parties respective counsel in the above-mentioned case hereby make the following stipulation:

  1.   **Whereas**, defendant PHILIP TRI NGUYEN, an individual dba MANGOSTEEN is the tenant and previously filed his answer to plaintiff's complaint on November 15, 2010; and

  2.   **Whereas**, the original landlord, defendant CITI PROPERTIES DE LLC, a Delaware limited liability company was foreclosed upon by defendant WBCMT 2007-C31 BUCHANAN STREET, LTD, who became the second landlord in this litigation; and

STIPULATION RE PLAINTIFF'S LEAVE TO AMEND THE COMPLAINT                                                                                                    1

3.    **Whereas,** plaintiff CRAIG YATES and defendant WBCMT 2007-C31 BUCHANAN STREET, LTD have reached a monetary settlement agreement regarding the above-captioned matter, and dismissal papers will be filed shortly between plaintiff and defendant WBCMT 2007-C31 BUCHANAN STREET, LTD; and

4.    **Whereas,** defendant WBCMT 2007-C31 BUCHANAN STREET, LTD sold the property to AP SF 601 Larkin LLC before the equitable relief could be addressed; and

5.    **Whereas,** AP SF 601 Larkin LLC is now the current landlord and is jointly and severally liable for the removal of barriers with its tenant, defendant PHILIP TRI NGUYEN, an individual dba MANGOSTEEN; and

6.    **Whereas,** plaintiff CRAIG YATES encountered barriers on July 4, 2011, August 1, 2011 and August 27, 2011, while AP SF 601 Larkin LLC owned the property; and

7.    **Whereas,** plaintiff seeks to prosecute his action against AP SF 601 Larkin LLC for injunctive relief and monetary damages.

**IT'S STIPULATED** and requested that plaintiff CRAIG YATES be permitted to file a Second Amended Complaint naming "AP SF 601 Larkin LLC" as a defendant in the above-captioned matter.

Respectfully Submitted,

Dated: October 10, 2011

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/Thomas E. Frankovich_____
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: October 10, 2011

JASON G. GONG,
*LIVINGSTON LAW FIRM*

By: _____/s/Jason G. Gong_____
Jason G. Gong
Attorneys for Defendant PHILIP TRI NGUYEN, an individual dba MANGOSTEEN

Dated: 10/10, 2011          PHILIPPE A. TOUDIC,
                            ***DUANE MORRIS LLP***

                            By: /s/ Philippe A. Toudic
                            ─────────────────────────
                            Philippe A. Toudic
                            Attorneys for Defendant WBCMT 2007-C31 BUCHANAN STREET, LTD

### ORDER

Pursuant to the parties' stipulation, **IT IS ORDERED** that plaintiff may file a Second Amended Complaint to name AP SF 601 Larkin LLC as a defendant and that the answer previously filed by defendant PHILIP TRI NGUYEN, an individual dba MANGOSTEEN on November 15, 2010, may serve as defendant's answer to the Second Amended Complaint.

Dated: October 11, 2011     /s/ Richard Seeborg
                            ─────────────────────────
                            Honorable Richard Seeborg
                            UNITED STATES DISTRICT JUDGE