*E-Filed 10/12/11*

1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  CRAIG YATES, an individual;

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, ) | **CASE NO. CV-10-3747-RS** |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL OF** |
| ) | **DEFENDANT WBCMT 2007-C31** |
| v. ) | **BUCHANAN STREET, LTD AND** |
| ) | **[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER THEREON** |
| MANGOSTEEN; WBCMT 2007-C31 ) | |
| BUCHANAN STREET, LTD; and PHILIP ) | |
| TRI NGUYEN, an individual dba ) | |
| MANGOSTEEN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

  The parties, by and through their respective counsel, stipulate to dismissal of defendant WBCMT 2007-C31 BUCHANAN STREET, LTD., of this action with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice  pursuant to Federal Rules of Civil Procedure section 41(a)(1).

///

Case 3:10-cv-03747-JSC   Document 16   Filed 10/12/11   Page 2 of 3

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 12, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for CRAIG YATES, an individual

Dated: _____, 2011

DUANE MORRIS LLP
PHILIPPE A. TOUDIC

By: _____
Philippe A. Toudic
Attorneys for WBCMT 2007-C31 BUCHANAN STREET, LTD

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed on as to defendant WBCMT 2007-C31 BUCHANAN STREET, LTD with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: 10/12 _____, 2011

_____
Honorable Judge Richard Seeborg
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL OF **DEFENDANT WBCMT 2007-C31 BUCHANAN STREET, LTD** AND [PROPOSED] ORDER THEREON

-2-

1  This stipulation may be executed in counterparts, all of which together shall constitute
2  one original document.

4  Dated: _____, 2011        THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

6                                   By: _____
                                         Thomas E. Frankovich
7                                   Attorney for CRAIG YATES, an individual

10 Dated: 10/11, 2011                DUANE MORRIS LLP
11                                   PHILIPPE A. TOUDIC

13                                   By: _____
14                                        Philippe A. Toudic
                                     Attorneys for WBCMT 2007-C31 BUCHANAN
15                                   STREET, LTD

## ORDER

19  IT IS HEREBY ORDERED that this matter is dismissed on as to defendant WBCMT
20  2007-C31 BUCHANAN STREET, LTD with prejudice pursuant to Fed R Civ.P.41(a)(1).
21  Dated: _____, 2011

                                    _____
                                    Honorable Judge Richard Seeborg
                                    UNITED STATE DISTRICT JUDGE