**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>vs.<br><br>MANGOSTEEN *et al.*,<br><br>    Defendants. | Case No.: C-10-03747-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING ON SERVICE OF COMPLAINT ON DEFENDANT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

The Court continued the April 23, 2012 Case Management Conference until July 23, 2012 to allow Plaintiff to amend the complaint naming the new landlord/ owner of the real property that is the subject of this litigation, to allow time for the new Defendant to answer, and to allow Plaintiff to conduct an inspection with the new landlord and old tenant. Accordingly, the Court hereby sets a Compliance Hearing regarding service of the complaint on the new defendant.

A Compliance Hearing shall be held on **Friday, June 8, 2012** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. No later than **June 4, 2012**, Plaintiff shall file either: (1) proof of service of the summons and the complaint on all defendants; or (2) a motion for additional time to serve defendants based upon good cause for failure to serve within the allowed time period. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

Telephonic appearance will be allowed.

**IT IS SO ORDERED.**

April 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**