**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CRAIG YATES,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**MANGOSTEEN, PHILIP TRI NGUYEN D/B/A MANGOSTEEN, AP SF 601 LARKIN LLC, and KHONG TU,**<br><br>    **Defendants.** | Case No.: C-10-03747-YGR<br><br>**ORDER TO SHOW CAUSE; AND CONTINUING CASE MANAGEMENT CONFERENCE AND SHOW CAUSE HEARING TO AUGUST 20, 2012** |
| **KHONG TU,**<br><br>    **Cross-Claimant,**<br><br>    vs.<br><br>**PHILIP TRI NGUYEN D/B/A MANGOSTEEN and MANGOSTEEN,**<br><br>    **Cross-Defendants.** | |

The Case Management Conference and Show Cause Hearing regarding Defendants, Cross-Claimant, and Cross-Defendants' failure to appear at the July 23, 2012 Case Management Conference is **CONTINUED** to **2:00 p.m.** on **Monday, August 20, 2012**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

By no later than **Monday, August 13, 2012**, counsel for the Defendants, Cross-Claimant, and Cross-Defendants must file a written response to this Order to Show Cause (1) why they failed to

appear at the July 23, 2012 Case Management Conference, and (2) why they should not be sanctioned for their failure to appear, including why Plaintiff's counsel should not be compensated for his time (*see* Dkt. No. 38). Also by no later than **Monday, August 13, 2012**, the parties shall file a Joint Case Management Statement.

Personal appearance of lead trial counsel for all parties, including Plaintiff, is mandatory at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure by Defendants, Cross-Claimant, and Cross-Defendants to file a written response to this Order to Show Cause, and failure by the parties to file a Joint Case Management Statement or personally appear at the hearing may be considered grounds for sanctions.

**IT IS SO ORDERED**.

Date: July 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**