**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CRAIG YATES,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**MANGOSTEEN** *et al.***,**<br><br>    **Defendant(s).** | **Case No.: 10-CV-03747 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from January 14, 2013 to **Monday, February 11, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

No fewer than 7 days before the Case Management Conference, the parties must file a joint statement updating the Court on the progress of settlement discussions since the last statement was filed but do not need not file an updated case management statement.

**IT IS SO ORDERED.**

Date: January 10, 2013

                                             _____
                                             **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**