**United States District Court**
For the Northern District of California

1

2

3

4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8    Craig Yates,                                         No. C10-3747 JSC

         Plaintiff(s),

9                                                          **ORDER OF DISMISSAL**

         v.

10

Mangosteen, et al.,

11

         Defendant(s).

12                                                   /

13

         The Court  having been advised that the parties have agreed to a settlement of this case,

14
         IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided,

15
however, that if any party hereto shall certify to this Court, within  sixty (60) days, with proof of service

16
of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been

17
delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the

18
calendar to be set for trial.

19
         IT IS SO ORDERED.

20

21

Dated: May 8, 2013

22                                                   _____
                                                     Jacqueline Scott Corley

23                                                   United States Magistrate Judge

24

25

26

27

28